UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS O'DONNELL, TRUSTEE, et. al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAJESTIC ELECTRIC COMPANY, INC., )<br>)<br>Defendant. ) | CAUSE NO.: 1:05-CV-1205-JDT-WTL |

**DEFAULT JUDGMENT
AND PERMANENT INJUNCTION**

Defendant Majestic Electric Company, Inc. having failed to plead or otherwise defend in this action, and its default having been entered, now, upon application of the Plaintiffs, the Plaintiffs are entitled to the sum of $16,280.45 for delinquent contributions, liquidated damages and interest and the attorneys for the Plaintiffs being entitled to a reasonable attorney fee and costs of $1,020.00 for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Funds recover the sum of $16,280.45 and their attorney fees, expenses and costs in the amount of $1,020.00, for a total judgment in the amount of $17,300.45.

IT IS FURTHER ORDERED that the Defendant should be and is PERMANENTLY ENJOINED as follows:

Defendant, its agents, servants, employees, and all persons in active counsel and in participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees

for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of September, 2005. All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between International Brotherhood of Electrical Workers Local Union No. 481 and the Defendant.

Dated this __7th__ day of October, 2005.

_____

John Daniel Tinder, Judge
United States District Court

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
1213 North Arlington Avenue, Suite 204
Indianapolis, IN 46218
fdennerline@fdgtlaborlaw.com

Majestic Electric Company, Inc.
c/o C.H. Byram, Registered Agent
6870 East County Road 3255
Dupont, IN 47231

p/623/jlb

10/06/2005